UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-511-T-24AEP

RASHICA SHAGUANA FORD,

    Defendant.
_____/

## DEFENDANT RASHICA FORD'S PROPOSED VOIR DIRE

COMES NOW, the Defendant, RASHICA SHAGUANA FORD, and proposes the following *voir dire* topics and questions. In addition to the Court's propounding of questions to the venire, the Defendant requests the opportunity to *voir dire* the venire in order that the Defendant may intelligently and effectively challenge any jurors for cause and exercise the peremptory challenges afforded to her pursuant to Rule 24 of the Federal Rules of Criminal Procedure and the Fifth and Sixth Amendments of the Constitution of the United States of America.

## GENERAL BACKGROUND

1. What is the extent of your educational background?
2. To what clubs, societies, professional associations or other organizations do you belong?
3. What is your occupation and how long have you been so engaged?
4. Describe your job by telling us what your work involves.
5. Are you married?
6. What does your spouse do?

1

7. What are your spouse's main job responsibilities?

8. What jobs have you and your spouse held in the past?

9. Have you or your spouse worked in conjunction with federal, state, county, and/or city officials as part of your job responsibilities?

10. Do you volunteer for any organizations or projects in conjunction with federal, state, county, and/or city government?

11. What hobbies do you have?

12. Would it present a hardship for you to serve on a jury for a week?

13. In this case there is a long term relationship between our client and some of the witnesses. Have any of you had a long term relationship either with a friend or fellow employee whereby you continually help the friend only to your detriment in the end?

14. Have any of you had a close relationship with a friend and/or family member in which relationship they did something really bad? How did you respond?

15. Have you ever been surprised by someone else's behavior?

16. Do you tend to trust your co-workers and friends or are you typically skeptical of other people?

17. Have you ever socialized outside of work with a coworker or loaned money to a co-worker? If not, do you disapprove of such conduct?

18. Have you ever helped a co-worker or friend financially? If not, is it because you disapprove of such conduct?

19. Have you ever given a gift to a co-worker or friend, or to someone who worked with you? If not, is it because you disapprove of such conduct?

20. Do you tend to leave comments on news or social media pages?

21. Have you ever read or heard a story similar to the one you will hear in this case? If so, what was your first impression of the person arrested?

22. Have you ever had a first impression about someone or something that turned out to be wrong?

23. Do you feel it is okay to change your mind once you have taken a position on something?

24. Has anyone ever told a lie about you? How did you feel about it?

25. What is the most important thing that has ever happened to you? Was it a good thing or a bad thing?

26. How do you normally get your news: television, newspaper, websites, or some other way? What is your favorite channel, newspaper, or website?

27. What is your favorite magazine or website for pleasure reading?

## **MILITARY SERVICE**

28. Have any of you ever served in the Armed Forces?

29. If so, what branch of service and for how long?

30. What rank did you achieve?

31. Were you involved in combat? Where?

32. If you served in the Armed Forces, how would you describe your overall experience?

33. Do you have any mental or physical health problems as a result of your service?

34. Were you involved in any court martial proceedings?

35. Do you have any experience with the military police?

## CONDITION OF JURORS

36. Do any of you have any medical problems, such as poor eyesight, hearing difficulties, ADHD or other conditions, that would make it difficult for you to hear and concentrate on the testimony of witnesses, the statements of counsel, and the instructions of the Court?

37. Do any of you have any medical problems, such as back problems, that would make it difficult for you to sit in the jury box for extended periods of time?

38. Are any of you presently taking any prescribed medications that would affect your memory, sight, hearing, concentration, or mental state?

39. Do any of you have any personal problems, or are you going through any particularly trying or demanding time in your personal life, that would make it difficult for you to concentrate on the testimony of witnesses, the statements of counsel, and the instructions of the Court?

## CONNECTION WITH LAW ENFORCEMENT AGENCIES

40. Do any of you feel that the United States government and/or any state government simply just cannot make a mistake in investigating and charging someone with a crime?

41. Do any of you feel that just because a law enforcement agent or witness testifies that he/she is more credible then a lay person or defense witness?

42. Are any of you related to any employees of the United States Attorney's Office, or any federal or state law enforcement office?

43. Have you or a family member worked in the past for any federal, state or local law enforcement agency? If so, please describe the time, agency, and type of work you or any family member performed.

44. Have you or any family member ever performed voluntary services on behalf of any law enforcement agency?

## **LAW ENFORCEMENT OFFICERS AS WITNESSES**

45. Do you believe that law enforcement officers are more believable than other witnesses, or the Defendant?

46. Do you believe that a law enforcement officer or an agent of the United States Government is incapable of making a mistake, lying, or distorting the facts?

47. If this case consisted of just two witnesses, one witness being an agent of the United States Government and the other not, would any member of this panel tend to give more credibility to the agent of the government simply because she is an agent of the government?

48. Would you hesitate to discredit or disbelieve the testimony of a law enforcement official solely because he is a law enforcement official?

49. Do you believe that law enforcement officers can be negligent in discharging their duties and responsibilities, and can make mistakes like any other person?

50. Do you believe that law enforcement officers can be mistaken in their views of the facts of the case and come to the wrong conclusions?

51. Do you believe that law enforcement officers can pre-judge certain people, just like the judge is asking you not to do in this case?

52. Do you believe a law enforcement officer who testifies in this case wants to win this case?

53. Do you believe there could be negative consequences for the prosecutor or law enforcement personnel in this case if they do not win?

54. Do you believe that law enforcement officers would go out of their way to support their fellow law enforcement officers' beliefs or opinions?

55. Would you tend to believe a witness who is more articulate and comfortable in the courtroom? Would your opinion change if that witness had testified many time before?

## TAPE RECORDINGS

56. You may or may not hear tape recordings as evidence in this case. These tape recordings may be partially inaudible or may be difficult to hear and understand. Do you believe that you should speculate about the contents of tape recordings that are inaudible or that you cannot hear or understand?

57. Do you believe the fact that the government chose to tape-record an individual should make you think that the individual is probably guilty of something?

58. Do you believe that the government's interpretation of a recording is entitled to any more weight than the defendant's version of the recording?

## PRIOR JURY SERVICE

59. Have you ever served on a jury before? This would include a trial jury such as we are selecting today, or a grand jury.

60. What type of case were you a juror for?

61. What effect did your service on that jury have on your ideas concerning the criminal justice system?

62. What effect did serving on the jury have on your feelings or beliefs concerning defendants in criminal trials?

63. Was a verdict reached in the trial upon which you served as a juror?

64. Were any of the jury panel with prior jury service selected to act as foreperson of that jury?

65. Was there anything about your previous jury experience that would lead you to feel that you may have some beliefs or stereotypes either for or against the prosecution or the Defendant?

66. How did you feel about being called for your jury duty today?

67. Do you want to serve as a juror? Why? Anything about this particular case?

68. Why do you feel that you would be a good juror for this case?

69. Do you feel it's your civic duty to sit on a jury to make sure criminals get convicted?

70. Do you feel that if the prosecution goes to the trouble of bringing someone to trial the person is probably guilty?

71. Do you feel just as strongly that it's your civic duty to sit on a jury to make sure that innocent people get acquitted?

72. Do you think you'll do your part to fight crime by sitting on this jury?

**BURDEN OF PROOF AND PRESUMPTION OF INNOCENCE**

73. Can you accept that the Defendant is at this moment innocent of any crime and that she is presumed to be innocent?

74. Does the fact that a defendant is on trial suggest to you that she did something illegal to get here?

75. Do you believe people can be charged with crimes when in fact they are innocent?

76. Do you agree with the presumption that the Defendant is innocent even though she has been charged with a crime?

77. Do you agree with the principal of law that a defendant in a criminal case should not be convicted unless the jury is convinced that she is guilty beyond a reasonable doubt which is the strongest requirement of proof recognized in the American law?

78. Do you agree that it is the heavy burden of the prosecution (government) to prove, if it is able to do so, that the defendant is guilty beyond a reasonable doubt and the defendant need not prove anything?

79. Do you agree that the burden of proof in a criminal case - proof beyond a reasonable doubt - is the highest burden of proof in the law and that it requires significantly more evidence than mere preponderance, significantly more evidence than a probability, and significantly more evidence than clear and convincing evidence?

80. If you had to vote right now, before the trial had started, would you vote to acquit or convict the defendant?

81. Do you understand that at this point, the law would require you to vote to acquit? That is, what the presumption of innocence means: that the defendant is presumed innocent until the government has proven the person guilty beyond a reasonable doubt.

82. Do you understand that if the government only proves that the defendant might be guilty, or probably is guilty, that such is not proof beyond a reasonable doubt and you should return a verdict of not guilty?

83. Will you be able to give the Defendant, who is on trial, separate consideration from anyone else who is alleged to have been part of the government's charges?

84. Do you understand that the government must prove the Defendant guilty beyond a reasonable doubt and that proof of guilt as to anyone else is not proof of guilt of the defendant?

85. The Defendant need not testify, need not offer any evidence, and may, in fact, stand mute, and if you are not convinced by the prosecution by proof beyond a reasonable doubt that the defendant is guilty, you must acquit. Does anyone here feel that a defendant must testify or put forth evidence on her own behalf before you can find her not guilty?

86. Should the evidence, or lack of evidence in this case create a reasonable doubt in your mind as to the Defendant's guilt, is there anyone who will not be able to return a verdict of not guilty?

## **PRIOR EXPEREINCE WITH ARSON**

87. Has any member of the jury panel or a family member ever been a firefighter?

88. Does anyone have any specialized knowledge regarding the fire, incendiary devices, or explosives?

89. Has anyone or a close friend or family member ever been a victim of a fire? Was the fire accidental or did someone set it on purpose? What was the outcome of that situation?

90. Has anyone or a close friend or family member ever been accused of setting a fire? What was the outcome?

## PRIOR EXPERIENCE WITH NARCOTICS

91. You may hear evidence that certain witnesses were using narcotics.

92. Does anyone have any prior experience with narcotics?

93. Has anyone worked in a field where the treatment of drug addicts or those who overdosed on drugs was part of their job responsibilities?

94. Has anyone been a drug addict or had a family member or friend who has been a drug addict?

95. Has anyone had a family member or friend who experienced a drug overdose?

96. Is anyone in favor of the legalization of any drugs?

97. Have any of you, a family member, or friend ever been arrested or charged with a drug crime? What was the outcome?

98. Have any of you, a family member, or friend ever been a victim of a drug related crime?

## MISCELLANEOUS

99. Would you agree that each person has his own point of view and that his or her life experience will affect that point of view?

100. Do you feel that two people would always act the same way under the same circumstances?

101. Do you feel that people too easily trust other people?

102. Do you feel that other people will always act the same way as you would in a given situation?

103. Do you feel it is more important to keep an open mind, even if that means being wishy-washy, or to make a definitive decision and stick with it?

## **PRIOR EXPERIENCES AS LITIGANT, WITNESS OR DEFENDANT**

104. Have you ever been a plaintiff or defendant in a lawsuit?

105. If so, how did you feel about the experience? What was the outcome?

106. Have any of you, any member of your family or personal friend ever been the victim of a crime? If you have, please describe the incident.

   a. Was anybody charged with a crime?

   b. What was the outcome of the case?

   c. Were you a witness?

   d. Did anybody on the prosecution or defense side stand out to you in any way, good or bad?

   e. How did you feel about the experience?

107. Have any of you, any member of your family or a personal friend ever been the witness of a crime or a witness in a criminal case?

108. Have you, anyone in your family or a personal friend ever been indicted or accused or convicted of crime?

109. Have you, anyone in your family or a personal friend ever been interviewed by a law enforcement agent?

110. Have you, anyone in your family or a personal friend ever been a witness for the federal or state government? If the answer is yes:

   a When was the person a witness?

   b. How long was the person acting as a witness?

    c. What were the circumstances that caused the person to be a witness?

    d. Was the witness given any training or instruction by law enforcement agents concerning courtroom procedure or testifying?

    e. Was the witness provided anything in exchange for their testimony?

111. Have any of you ever been a plaintiff or defendant in a civil lawsuit? If the answer is yes, please describe what the lawsuit involved and the outcome.

112. Do you understand that while in a civil case a mere preponderance of the evidence is sufficient for the plaintiff to prove its case, in a criminal case such as this, it is necessary for the prosecution to prove the defendant's guilt beyond a reasonable doubt before you may legally find a defendant guilty?

## ATTORNEYS' ACTIONS DURING TRIAL

113. Do you expect the lawyers to object to improper questions during trial?

114. Do you understand that it is the responsibility of a lawyer to object to questions and evidence which he or she believes are not proper or not admissible?

115. Are you going to be upset with a lawyer if the lawyer objects to a question and you expect the answer to be something you are interested in?

116. Will you think the lawyer is trying to hide something when he objects?

117. How would you feel if the Court tells you not to speculate about answers to questions which are objected to and not answered?

118. Do you realize that the government's attorneys and the defense attorneys are equals; they are all lawyers, all equal in the eyes of the law, each doing his best to represent the client whether the client is an accused or the government?

119. Are you going to give any more weight to the arguments of the prosecutor than to a defense attorney merely because the prosecutor bears the impressive title?

## **CONFIDENCE IN OWN FAIRNESS AS JUROR**

120. Does everyone understand that an indictment is simply a device to bring a defendant to trial, and that it is not to be considered by you as proof or evidence that a defendant is in fact guilty?

121. Do you understand now that we are in court that the indictment has served its function?

122. If, after hearing all of the evidence, the law, and discussing the case with fellow jurors you believe that the government has not proven a defendant guilty beyond a reasonable doubt, would you change your mind if you were in a minority of one or two jurors?

123. In your deliberations, would you compromise away a defendant's freedom just to conclude the case?

124. Would you be willing to accept a compromise even if it meant giving up your own views?

125. If all of the other jurors thought that a defendant was guilty and you were sincerely convinced that the prosecution had not proven him guilty beyond a reasonable doubt, would you stick by your views?

126. Would you do so even if sticking to your views would prevent a verdict and force this case to be tried over again by another jury?

127. In your deliberations, would you change your mind just because you were:
    a. in the minority?

      b. the hour was getting late?

      c. you were hungry?

      d. because the trial kept you away from business, family members or loved ones?

128. Assuming that some loved one of yours was standing trial in the place or in the stead of a defendant, for the same crime, would you feel satisfied with 12 jurors of the same mind as yours to stand judgment in the case of your loved one?

### KNOWLEDGE OF ATTORNEYS

129. Is any member of the jury panel related to, acquainted with, or have you ever known someone from the Assistant United States Attorney's Office or the defense attorneys in this case?

### KNOWLEDGE OF THE INDIVIDUALS ON TRIAL, THE ENTITIES DESCRIBED IN THE INDICTMENT, OR PROSPECTIVE WITNESSES

130. Is any member of the jury panel related to or acquainted with, ever had any contact or experience whatsoever with, or known any of the following individuals:

    a. Rashica Ford

    b. Jodarian Whitfield

    c. Herbert Pickney

    d. Anyone else from witness lists

Respectfully submitted,

By: s/__P. Matthew Luka_____
P. MATTHEW LUKA
Florida Bar No. 0555630
TROMBLEY & HANES. P.A.
707 North Franklin Street

14

10th Floor
Tampa, Florida  33602
Telephone: (813) 229-7918
Facsimile:  (813) 223-5204
Email: mluka@trombleyhaneslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

                                s/ *P. Matthew Luka*
                                P. MATTHEW LUKA