UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:17-cr-511-T-24AEP

RASHICA SHAGUANA FORD,

     Defendant.
_____/

## DEFENDANT'S PROPOSED VERDICT FORM

**Count One**

1. We, the Jury, unanimously find the Defendant (please indicate not guilty or guilty) _____ of knowingly, willfully, and intentionally conspiring with Jodarian Whitfield and Herbert Pickney to maliciously damage or destroy by fire or explosive a building located at 814 17th Street East in Bradenton, Florida that was used in interstate or foreign commerce or affecting interstate or foreign commerce as charged in Count One of the indictment.

**Count Two**

1. We, the Jury, unanimously find the Defendant (please indicate not guilty or guilty) _____ of maliciously damaging or destroying by fire or explosive a building located at 814 17th Street East in Bradenton, Florida that was used in interstate or foreign commerce or affecting interstate or foreign commerce as charged in Count Two of the Indictment.

SO SAY WE ALL.

Date: _____                    _____
                                                              Foreperson