UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.  8:17-cr-511-T-24AEP          DATE: June 8, 2018

TITLE:  USA  v. Rashica Shaguana Ford

Time: 10:30 - 10:55, 1:56 - 2:09, 3:04 - 3:14          Total: .48

JUDGE: **SUSAN C. BUCKLEW**          COURTROOM DEPUTY:  Susan Saylor

COURT REPORTER:  Lynann Nicely

<u>Attorneys for Plaintiffs</u>          <u>Attorneys for Defendants</u>
Carlton Gammons                        Matthew Luka, CJA
                                       Wesley Trombley as co-counsel

PROCEEDINGS:   **JURY TRIAL (Day 5)**

- 9:00    Jury resumed deliberations
- 10:30   Court discussed jury questions with parties.
- 10:50   Jury enters courtroom and court discussed and answer the questions
- 10:54   Court directs the clerk to order lunch for the jurors during their deliberations today
- 10:55   Court in recess with Juror to resume their deliberations
- 1:56    Parties discussed jury noted
- 1:58    Jury enters courtroom. Court gave allen charge and sent the jury back to continue deliberations
- 2:09    Court in recess with Juror to resume their deliberations
- 3:04    Jury enters courtroom the jury has reached a verdict as to one count and not decision on the other count.
- 3:08    Jury read verdict that deft is guilty as to count one of the Indictment.
- 3:10    Clerk polled the jury
- 3:11    Court adjudicated the deft guilty as to Count 1 of the indictment and will set sentencing a later date
- 3:13    Govt takes the matter under advisement as to Count 2, and if it intends to dismiss will file a motion and if not will contact the court.  A sentencing date will be determined a later date
- 3:14    Court is adjourned