UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:17-cr-511-T-24AEP

RASHICA SHAGUANA FORD

## VERDICT

1.  **Count One of the Indictment**

As to the offense of conspiracy to maliciously damage or destroy by fire or explosive a building or any other real or personal property used in interstate or foreign commerce or affecting interstate or foreign commerce, in violation of 18 U.S.C. § 844(n),

We, the Jury, find the defendant, RASHICA SHAGUANA FORD:

Guilty  ✓_____        Not Guilty _____

## 2.    Count Two of the Indictment

As to the offense of maliciously damaging or destroying by fire or explosive a building or any other real or personal property used in interstate or foreign commerce or affecting interstate or foreign commerce—or aiding and abetting another in committing such an act—in violation of 18 U.S.C. §§ 844(i) and 2,

We, the Jury, find the defendant, RASHICA SHAGUANA FORD:


Guilty _____          Not Guilty _____


SO   SAY   WE   ALL,   this   __8th____   day   of   June_____2018.


_Alison M. Hulan_
FOREPERSON

2